No. 4,673.—STATE, RESPONDENT, *v.* CHRISTIAN YEGEN, JR., APPELLANT.

*Appeal from District Court, Yellowstone County; A. C. Spencer, Judge.*

Decided January 4, 1921.

PER CURIAM.—Upon motion of counsel of both respondent and appellant, the appeal is dismissed, the appellant having been granted an unconditional pardon, approved by the board of pardons.

*Messrs. Walsh, Nolan & Scallon, Messrs. Snell & Arnott, Messrs. Nichols & Wilson* and *Mr. G. C. Cisel,* for Appellant.

*Mr. S. C. Ford,* Attorney General, for Respondent.

---

No. 4,786.—STATE EX REL. JOS. S. MANGUS, RELATOR, *v.* BOARD OF COUNTY COMMISSIONERS OF JUDITH BASIN COUNTY, RESPONDENT.

Original application for Writ of Mandate.

Decided January 6, 1921.

PER CURIAM.—Upon motion of relator, the application for writ of mandate herein is dismissed.

*Mr. John A. Coleman,* for Relator.